| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>------------------------------------- x<br>MAHSA RAHMANI NOBLE,<br><br>              Plaintiff,<br><br>              -against-<br><br>JACQUELINE VAROLI GRACE a/k/a LTM Books,<br>Inc. & LTM Books, LLC a/k/a LTM Books, Inc.,<br><br>              Defendant.<br>------------------------------------- x | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC# _____<br>DATE FILED: 3/18/13<br><br>13 Civ. 0610 (SAS) (AJP)<br><br>**<u>ORDER OF DISMISSAL ON CONSENT</u>** |

**ANDREW J. PECK, United States Magistrate Judge:**

        Based on the settlement agreement reached by all parties and transcribed by the court reporter on March 18, 2013, and on the stipulation of the parties pursuant to 28 U.S.C. § 636(c), IT IS HEREBY ORDERED THAT this action is dismissed with prejudice and without costs, provided, however, that plaintiff may reinstate the action within 30 days hereof if settlement documentation is not agreed upon. Any pending motions are to be terminated as moot.

        SO ORDERED.

DATED:    New York, New York
                March 18, 2013

                                                                                  **Andrew J. Peck**
                                                                                 United States Magistrate Judge

Copies to:    Kenneth Eric Noble, Esq. (ECF)
                    Jacqueline Varoli Grace (Email)
                  Judge Shira A. Scheindlin

C:\ORD\DISMISS